UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| JAMES W. THURMAN | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) No. 1:21-cv-00186 |
| v. | ) |
| | ) Judge Curtis L. Collier |
| DERREK SAXE; JOE GUY, Sheriff, and | ) |
| JERRY WATTENBERG, | ) |
| | ) |
| *Defendants.* | ) |

## JUDGMENT ORDER

United States Magistrate Judge Christopher H. Steger filed a report and recommendation (the "R&R") on whether Plaintiff's action was frivolous or malicious, fails to state a claim upon which relief can be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). (Doc. 14 at 1.) Plaintiff brought a claim under 42 U.S.C. § 1983 alleging that Defendants came to his house on November 11, 2021, to discuss a gun and that they did not wear masks while doing so. Plaintiff alleges that he could have died because they did not wear masks. (*Id.*) The R&R recommends this action be dismissed without prejudice because the action is frivolous and there "is no constitutional cause of action solely for moral indignation." (*Id.* at 2.) Specifically, "Plaintiff does not allege that he became ill after Defendants' visit, nor does he state which constitutional provision Defendants allegedly violated." (*Id.* at 1.) Neither party has objected to the R&R within fourteen days.

After reviewing the record, the Court agrees with the R&R (Doc. 14). The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 14), and the case is **DISMISSED WITHOUT PREJUDICE.**

SO ORDERED.

ENTER:

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

s/ *LeAnna R. Wilson*

CLERK OF COURT